# THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
### BECKLEY DIVISION

FILED
OCT 13
TERESA L. D[...]
U.S. [...]
Southern District of [...]

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) CRIMINAL NO. 5:03-00257-02
)
RADERS RUN MINING, LLC, )
)
Defendant. )

## GUILTY PLEA

In the presence of Neva G. Lusk, Esquire, counsel for Raders Run Mining, LLC, who has fully explained the charges against the company that are contained in the Information and having received a copy of the Information from the United States Attorney before being called upon to plead, Raders Run Mining, LLC, hereby pleads guilty to the Information.

RADERS RUN MINING, LLC,
DEFENDANT

By: _/s/ Neva G. Lusk_ DATE: Oct. 12, 2004

Its _Counsel_

WITNESS:

_/s/ Neva G. Lusk_
NEVA G. LUSK, ESQUIRE